## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| WILLIS N. SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>HD DEVELOPMENT OF MARYLAND, INC., d/b/a THE HOME DEPOT – DUCK CREEK PLAZA,<br><br>    Defendant. | CASE NO.:<br><br>PETITION AT LAW AND JURY DEMAND |

COMES NOW Plaintiff, Willis N. Simmons, by and through his undersigned counsel, and for his causes of action against Defendant, HD Development of Maryland, Inc. (hereinafter "Home Depot"), states the following:

### JURISDICTIONAL ALLEGATIONS

1. Plaintiff, Willis N. Simmons, is an individual and, at all times material, was a resident of Scott County, Iowa.

2. Defendant, Home Depot, at all times material, was a corporation doing business in the State of Iowa.

3. Upon information and belief, and at all times material, Defendant, Home Depot, owned, leased, possessed, operated, controlled, and/or maintained a store located at 920 Middle Road, Bettendorf, Scott County, Iowa (hereinafter referred to as "The Subject Property").

4. All of the facts giving rise to this cause of action occurred in Scott County, Iowa.

5. Pursuant to Iowa Code § 616.18, Scott County is the appropriate venue because it is the county where Plaintiff sustained injuries and damages.

6. The amount in controversy exceeds the Court's jurisdictional minimums.

E-FILED  2025 JAN 24 2:59 PM SCOTT - CLERK OF DISTRICT COURT

## FACTS TO ALL COUNTS

7. On or about March 10, 2023, at or about 8:30 p.m., Plaintiff, Willis N. Simmons, was an invitee of Home Depot, at The Subject Property.

8. On that date, Plaintiff was speaking with a store manager when he tripped and fell backwards over a box in the aisle of the store.

9. Plaintiff sustained injuries as a result of tripping and falling over the dangerous condition on the subject property.

10. Upon information and belief, Defendant, Home Depot, was responsible for maintaining the store, including using reasonable care to discover the condition of the premises and protecting invitees from present dangers which were known or should have been known.

## COUNT I – NEGLIGENCE/PREMISES LIABILITY OF DEFENDANT, HOME DEPOT

All of the above paragraphs are incorporated by reference herein.

11. Defendant knew, or in the exercise of reasonable care should have known, that the unsafe condition at the Subject Property posed an unreasonable risk of harm to a person in Plaintiff, Mr. Simmons's, position.

12. Defendant knew, or in the exercise of reasonable care should have known, that:

   a) Plaintiff would not discover the dangerous condition in the aisle of the Subject Property prior to falling;

   b) Plaintiff would not realize the dangerous condition in the aisle of the Subject Property presented an unreasonable risk of injury; and/or

   c) Plaintiff would not protect himself from the dangerous condition presented in the aisle of the Subject Property.

13.  Prior to Plaintiff, Mr. Simmons's, fall, it was reasonably foreseeable by Defendant, Home Depot, that a person in his position would trip over the dangerous condition in the aisle of the Subject Property.

14.  Defendant, Home Depot, was negligent in the following ways:

   a)  In failing to reasonably inspect the aisles of the Subject Property for dangerous conditions;

   b)  In failing to take reasonable measures to maintain the area of the aisles of the Subject Property;

   c)  In failing to give adequate warning to lawful visitors and business invitees of the dangerous conditions in the aisles of the Subject Property;

   d)  In failing to take adequate measures to prevent lawful visitors and business invitees from traversing over the dangerous conditions of the aisles of the Subject Property;

   e)  In failing to properly maintain the condition of the aisles of the Subject Property; and

   f)  In failing to act as reasonably prudent owners and/or possessors of the real property under all circumstances then and there existing.

15.  Defendant, Home Depot's, negligence caused Plaintiff, Mr. Simmons's, injuries and damages.

16.  As a result of Defendant' negligence, Plaintiff suffered the following injuries and damages:

   a)  Past and future medical expenses;

   b)  Past and future physical pain and mental suffering;

   c)  Past and future loss of full mind and body; and

   d)  Any other element of loss recognized by Iowa law not specifically set forth herein.

E-FILED  2025 JAN 24 2:59 PM SCOTT - CLERK OF DISTRICT COURT

WHEREFORE the Plaintiff, Mr. Simmons, respectfully requests the Court enter judgment against Defendant, Home Depot, in an amount that will fairly and reasonably compensate Plaintiff for his injuries and damages, together with pre and post judgment interest at the maximum legal rate, the costs of this action, and for all further relief the Court deems just and proper under the circumstances.

## JURY DEMAND

COMES NOW Plaintiff, Willis N. Simmons, by and through his undersigned counsel, and hereby demands a jury trial for his cause of action against Defendant, Home Depot, Inc.

Respectfully submitted,

**Hupy and Abraham, S. C., P.C.**

*/s/ Cindy M. Ekstam*
Cindy M. Ekstam, AT0015038
2020 E Kimberly Road, Suite B
Davenport, IA 52807
PO Box 2589, Davenport, IA 52809
Phone: (563) 275-6892
Fax:    (563) 359-0592
Email: cekstam@hupy.com
**ATTORNEY FOR PLAINTIFF**

E-FILED  2025 JAN 24 2:59 PM SCOTT - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| WILLIS N. SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>HD DEVELOPMENT OF MARYLAND, INC., d/b/a THE HOME DEPOT – DUCK CREEK PLAZA,<br><br>    Defendant. | CASE NO.: _____<br><br><br><br>ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as a defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The law firm representing the Plaintiff is Hupy and Abraham S.C., P.C., whose physical address is 2020 Kimberly Rd Suite B, Davenport, Iowa 52807 and whose mailing address is P.O. Box 2589, Davenport, Iowa 52809. That firm's phone number is (563) 275-6892 and facsimile number is (563) 359-0592.

You must serve a motion or answer within twenty (20) days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Scott County, at the county courthouse in Davenport, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

Please be advised that this case has been filed in a county that utilizes electronic filing. For general rules and information regarding electronic filing requirements, including rules regarding the protection of personal information in court filings, consult Iowa Court Rules Chapter 16.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (563) 328-4145. (If you are hearing impaired, call Relay Iowa TTY at (800) 735-2942.)

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

E-FILED  2025 JAN 24 3:18 PM SCOTT - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No.  **LACE138671**
County  **Scott**

Case Title  **SIMMONS WILLIS VS HD DEVELOPMENT OF MARYLAND INC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **01/24/2025 03:18:54 PM**



*District Clerk of Court or/by Clerk's Designee of* Scott       County
**/s/ Emma Muhleman**

E-FILED  2025 FEB 03 2:06 PM SCOTT - CLERK OF DISTRICT COURT

# AFFIDAVIT OF SERVICE

| Case:<br>LACE138671 | Court:<br>IN THE IOWA DISTRICT COURT | County:<br>FOR SCOTT COUNTY | Job:<br>12606566 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>WILLIS N. SIMMONS | | Defendant / Respondent:<br>HD DEVELOPMENT OF MARYLAND, INC., d/b/a THE HOME DEPOT – DUCK CREEK PLAZA | |
| Received by:<br>Iowa Process Service | | For:<br>Hupy and Abraham | |
| To be served upon:<br>HD Development of Maryland, Inc d/b/a The Home Depot c/o Corporation Service Company, Registered Agent | | | |

I, Ashlee Brown, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Morgan Day, Legal Assistant for HD Development of Maryland, Inc d/b/a The Home Depot c/o Corporation Service Company, Registered Agent, 505 5th Avenue, Des Moines, IA 50309 |
|---|---|
| Manner of Service: | Authorized, Jan 31, 2025, 2:11 pm CST |
| Documents: | Original Notice; Petition at Law and Jury Demand (Received Jan 29, 2025 at 12:54pm CST) |

**Additional Comments:**
1) Served: Jan 31, 2025, 2:11 pm CST at 505 5th Avenue, Des Moines, IA 50309 received by Morgan Day, Legal Assistant for HD Development of Maryland, Inc d/b/a The Home Depot c/o Corporation Service Company, Registered Agent. Age: 20's; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'6"; Hair: Blond;

/s/ Ashlee Brown          01/31/2025
Ashlee Brown              Date

Iowa Process Service
P.O. Box 1
Winterset, IA 50273

Subscribed and sworn to before me by the affiant who is personally known to me.

Taylor Hall
Notary Public

01/31/25          May 5, 2025
Date              Commission Expires

TAYLOR HALL
Commission Number 839189
My Commission Expires
May 5, 2025

E-FILED  2025 FEB 20 8:58 AM SCOTT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| WILLIS N. SIMMONS,<br><br>  Plaintiff,<br><br>vs.<br><br>HD DEVELOPMENT OF MARYLAND, INC. d/b/a THE HOME DEPOT – DUCK CREEK PLAZA,<br><br>  Defendant. | NO. LACE138671<br><br>**APPEARANCE OF BENJAMIN M. WESTON** |

Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendant HD Development of Maryland, Inc. d/b/a The Home Depot – Duck Creek Plaza.

**LEDERER WESTON CRAIG PLC**

By _/s/ B. Weston_
Benjamin M. Weston
4401 Westown Parkway, Suite 212
West Des Moines, IA  50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail:   bweston@lwclawyers.com

*ATTORNEYS FOR DEFENDANT*

Service by EDMS to:

Cindy M. Ekstam
HUPY AND ABRAHAM, SC, PC
2020 E. Kimberly Road, Suite B
PO Box 2589
Davenport, Iowa  52807
E-mail: cekstam@hupy.com
*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing document was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on  2-20-25  .

By: ☐ U.S. Mail          ☒ EDMS        ☐ CM/ECF
    ☐ Hand Delivered    ☐ E-mail       ☐ Other:
    ☐ Overnight Mail    ☐ FAX
Signature: _Susan Heist_